UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

    v.                                          Case No. 10-cr-172-PB

<u>Anthony Bernard Boddie</u>
                           ]

<u>**O R D E R**</u>

     The defendant, through counsel, has moved to continue the trial scheduled for July 6, 2011, citing the need for additional time to engage in further plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

     Accordingly, for the above reason and to allow time for the parties to properly prepare for trial, the court will continue the trial from July 6, 2011 to October 4, 2011.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The June 22, 2011 final pretrial conference is continued to September 19, 2011 at 3:00 p.m.

SO ORDERED.

/s/Paul Barbadoro
Paul Barbadoro
United States District Judge

June 14, 2011

cc: John T. Pendelton, Esq.
    Terry Ollila, Esq.
    United States Probation
    United States Marshal